JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA MATLOCK,** | ) Case No. CV 13-6217-GW(JEMx) <br> ) |
| Plaintiff, | ) **ORDER** <br> ) |
| vs. | ) <br> ) |
| **PALISADES COLLECTION, LLC** | ) <br> ) <br> ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice, with each side to bear its own attorney's fees and costs, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated: October 9, 2013

_____
GEORGE H. WU, U.S. District Judge